UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | CV 14-09760 DDP (JPRx) | Dated: February 19, 2015 |
| Title: | SERGIO PADILLA -v- PACIFIC BELL TELEPHONE COMPANY; AT&T CALIFORNIA; AT&T CORP.; AT&T COMMUNICATIONS WORKERS OF AMERICA AFL-CIO, CLC LOCAL 9003 | |

========================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                                         None Present
Courtroom Deputy                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                        None

PROCEEDINGS:       MINUTE ORDER (IN CHAMBERS)


   **COUNSEL ARE NOTIFIED** the MOTION TO REMAND (**DOCKET NUMBER 12**) set for February 23, 2015 at 10:00 a.m., is hereby taken off calendar, the hearing date vacated and will be decided without oral argument.


MINUTES FORM 11                                                 Initials of Deputy Clerk: JAC
CIVIL -- GEN